WILLIAM F. WETZEL, Respondent, v. THE CITY OF NEW YORK, Appellant. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

FANNY B. WETZEL, Respondent, v. THE CITY OF NEW YORK, Appellant. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.